BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)
701 B Street, Suite 1700
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

SIPRUT PC
JOSEPH J. SIPRUT (IL 6279813)
RICHARD L. MILLER II (IL 6243507)
RICHARD S. WILSON (IL 6321743)
17 North State Street, Ste. 1600
Chicago, IL 60602
Tel: 312/236-0000
312/878-1342 (fax)
jsiprut@siprut.com
rmiller@siprut.com
rwilson@siprut.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN HINE, on Behalf of Himself and All Others Similarly Situated,, <br><br> Plaintiff, <br><br> v. <br><br> SCOTTRADE, INC., and DOES 1 through 25, inclusive,, <br><br> Defendants. | Case No. 3:16-cv-02787-JM-JLB <br><br> **CLASS ACTION** <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND** <br><br> Date:               January 6, 2017 <br> Time:              1:00 p.m. <br> District Judge:  Jeffrey T. Miller <br> Courtroom:     5D,5th Fl.-Schwartz <br><br> Complaint Filed:  October 3, 2015 <br> Trial Date:          Not Set <br><br> **JURY TRIAL DEMANDED** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 6, 2016, at 1:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 5D of the above-entitled court, located at 221 West Broadway, San Diego, CA 92101, Plaintiff Stephen Hine, will, and hereby does, move this Court for an order remanding this action back to San Diego County Superior Court and for attorneys' fees.

This motion is made pursuant to 28 U.S.C. §1447(c), on the grounds that because Plaintiff does not have Article III standing, the Court does not have subject matter jurisdiction. Thus, the Court must remand the case. Additionally, attorneys' fees are justified because defendant Scottrade, Inc. removed the case knowing that the Court does not have jurisdiction.

Plaintiff's motion is based on this notice, the memorandum and declaration in support thereof filed concurrently herewith, and such further oral or documentary evidence as may be presented at the hearing of this motion. These documents were all filed at least twenty-eight (28) days before the hearing pursuant to Local Rule 7.1(e)(1).

Based on the foregoing, Plaintiff respectfully requests the Court order the action be remanded to the Superior Court for the State of California, County of San Diego, and for attorneys' fees to Plaintiff.

Respectfully submitted,

Dated: November 21, 2016

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)

By:     *s/ Timothy G. Blood*
        TIMOTHY G. BLOOD

701 B Street, Suite 1700
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

| | |
|---|---|
| 1 | pbrown@bholaw.com |
| 2 | SIPRUT PC |
| 3 | JOSEPH J. SIPRUT (IL 6279813)<br>RICHARD L. MILLER II (IL 6243507) |
| 4 | RICHARD S. WILSON (IL 6321743)<br>17 North State Street, Ste. 1600 |
| 5 | Chicago, IL 60602<br>Tel: 312/236-0000 |
| 6 | 312/878-1342 (fax)<br>jsiprut@siprut.com |
| 7 | rmiller@siprut.com<br>rwilson@siprut.com |
| 8 | *Attorneys for Plaintiff* |

BLOOD HURST & O'REARDON, LLP

00111962

2  Case No. 3:16-cv-02787-JM-JLB
NOTICE OF MOTION AND MOTION TO REMAND

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 21, 2016.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com